IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————

No. 96-60879
Summary Calendar

———————————

MOHAMMED IMTIAZ SULTAN,

Petitioner,

versus

IMMIGRATION AND NATURALIZATION SERVICE,

Respondent.

Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A72 450 217

———————————

August 21, 1997

Before JOHNSON, SMITH, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

Mohammed Imtiaz Sultan petitions for review of the Board of Immigration Appeals' decision dismissing his appeal, affirming the denial of asylum and withholding of deportation. We have reviewed the record and the briefs and determine that the Board's decision is supported by substantial evidence. See Carbajal-Gonzalez v. INS, 78 F.3d 194, 197 (5th Cir. 1996). Sultan further seeks review of the Immigration Judge's refusal to grant voluntary departure.

---

[*] Pursuant to 5th CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th CIR. R. 47.5.4.

Consideration of the issue, however, is barred due to Sultan's failure to exhaust his administrative remedies.  See <u>Rodriquez v. INS</u>, 9 F.3d 408, 414 (5th Cir. 1993).

PETITION FOR REVIEW DENIED.